IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DUANE FRALEY,

      Plaintiff,

   vs.                        Civil Action 2:15-cv-2902
                                   Judge Smith
OHIO DEPT. OF/CORR., *et al.*,         Magistrate Judge King

      Defendants.

### ORDER

On October 16, 2015, the United States Magistrate Judge recommended that the claims against defendants "Ohio Dept. of/Corr." and Gary Mohr be dismissed for lack of subject matter jurisdiction or for failure to state a claim upon which relief can be granted. *Order and Report and Recommendation*, ECF No. 4. Although the plaintiff was advised of his right to object to that recommendation and of the consequences of his failure to do so, there has been no objection.

The recommendation of the Magistrate Judge, ECF No. 4, is **ADOPTED AND AFFIRMED.** The claims against defendants "Ohio Dept. of/Corr." and Gary Mohr are **DISMISSED** for lack of subject matter jurisdiction or for failure to state a claim upon which relief can be granted.

                                   *s/George C. Smith*
                               George C. Smith, Judge
                           United States District Court