# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DUANE FRALEY,**

    **Plaintiff,**

**vs.**                                        **Case No.: 2:15-cv-2902**
                                               **JUDGE SMITH**
                                               **Magistrate Judge King**

**OHIO DEPARTMENT OF**
**CORRECTIONS,** *ET AL.***,**

    **Defendants.**

## ORDER

On January 11, 2016, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion for Injunctive Relief filed on November 25, 2015 be denied.  (*See Report and Recommendation*, Doc. 24).  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motion for Injunctive Relief (Doc. 14) is hereby **DENIED**.

The Clerk shall remove Documents 14 and 24 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                        */s/ George C. Smith*
                                                        **GEORGE C. SMITH, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**