**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DUANE FRALEY,**

        **Plaintiff,**

  **vs.**                                                **Civil Action 2:15-cv-2902
                                                      Judge Smith
                                                      Magistrate Judge King**

**OHIO DEPT. OF/CORR.,** *et al.,*

        **Defendants.**


### ORDER

On February 17, 2016, the United States Magistrate Judge recommended that plaintiff's February 1, 2016 motion for interim injunctive relief, *Request for Injunction – or Equitable Relief*, ECF No. 27, be denied. *Report and Recommendation*, ECF No. 29. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

      The *Report and Recommendation*, ECF No. 29, is **ADOPTED AND AFFIRMED.** Plaintiff's February 1, 2016 motion for interim injunctive relief, *Request for Injunction – or Equitable Relief*, ECF No. 27, is **DENIED.**


                                                            */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE
                                                         UNITED STATES DISTRICT COURT**