IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUANE FRALEY,**

      **Plaintiff,**

vs.                                     Case No.: 2:15-cv-2902
                                             JUDGE GEORGE C. SMITH
                                             Magistrate Judge Jolson

**OHIO DEPARTMENT OF
CORRECTIONS,** *et al.*,

      **Defendants.**

## ORDER

On October 7, 2016, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion for Injunctive Relief (Doc. 34) and Motion to Take Judicial Notice (Doc. 44) be denied; and Defendants' Motion for Summary Judgment (Doc. 33) be granted.  (*See Report and Recommendation*, Doc. 49).  Further, the Magistrate Judge granted Defendants' Motion to Strike (Doc. 47); and denied as moot Plaintiff's Motion Requesting Leave until his Release (Doc. 46).  The parties were specifically advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation and Order*.

The *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motion for Injunctive Relief (Doc. 34) and Motion to Take Judicial Notice (Doc. 44)

are **DENIED**; and Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED**.

Further, Defendants' Motion to Strike (Doc. 47) is **GRANTED**; and Plaintiff's Motion

Requesting Leave until his Release (Doc. 46) is **DENIED AS MOOT**.

The Clerk shall remove Documents 33, 34, 44, 46, 47, and 49 from the Court's pending motions list. Final Judgment shall be entered in favor of Defendants.

      **IT IS SO ORDERED**.

                              /s/ *George C. Smith*
                              **GEORGE C. SMITH, JUDGE**
                              **UNITED STATES DISTRICT COURT**